AO 187 (Rev.7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

United States of America
vs.
Xiufang Qi

**EXHIBIT AND WITNESS LIST**

Case Number: 1:17-cr-00011-3

| PRESIDING JUDGE<br>Hon. Ramona V. Manglona, Chief Judge | PLAINTIFF'S ATTORNEY<br>James Benedetto, Assistant U.S. Attorney | DEFENDANT'S ATTORNEY<br>Steven Pixley, Private Counsel |
|---|---|---|
| SENTENCING HEARING<br>6/1/2018 | COURT RECORDER<br>Patricia Garshak | COURTROOM DEPUTY<br>Tina Matsunaga |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | **W-1** | 6/1/2018 | | | **WEI, SHI MIAO**. DX. CX. RDX. RCX. |
| | A-1 | - | 6/1/2018 | 6/1/2018 | Photograph of Construction Workers |
| | A-2 | - | - | - | Photograph of Construction Workers |
| | A-3 | - | - | - | Photograph of Construction Workers |
| | A-4 | - | - | - | Photograph of Construction Workers |
| | A-5 | - | - | - | Photograph of Construction Workers |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

DX - Direct Examination          CX- Cross Examination
RDX - Redirect Examination     RCX- Recross Examination

Page 1 of __1__ Page